AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff-Respondent,

v.

JOSE VALENTINE MORA,

           Defendant-Petitioner.

JUDGMENT

Case Number: **3:18-cr-00057-MMD-WGC-1**
(Related Civil Case 3:21-cv-00436-MMD)

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Jose Valentin Mora's motion to vacate, set aside, or correct his conviction and sentence (ECF Nos. [866]) is **denied**.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **denied.**
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly.



Date: October 13, 2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk